UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

V.                                                  CRIMINAL ACTION NO. 3:10CR-103-S

LAPAZE BROWN                                                        DEFENDANT

## ARRAIGNMENT ORDER
## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY ON A FELONY INFORMATION

The above-styled case was called in open Court on September 22, 2010, for an initial appearance, arraignment and a plea on a felony Information. There appeared Daniel Kinnicutt, Assistant United States Attorney and the defendant, Lapaze Brown, in person with Scott Wendelsdorf, Federal Defender.

The defendant acknowledged his identity, was furnished a copy of the Information and was advised of the nature of the charges contained therein.

By counsel, formality of arraignment was waived, the defendant executed a waive of Indictment, and consented to the acceptance of a guilty plea by the undersigned Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. The defendant, by consent and through appointed counsel, entered a plea of **guilty** as to Counts 1 and 2 of the Information pursuant to a written Rule 11(c)(1)(B) plea agreement. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowledgeable and voluntary as to Counts 1 and 2 of the Information, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses. I therefore recommend that the pleas of guilty be accepted and that the defendant be adjudged guilty and have a sentence imposed accordingly. The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to F.R.C.P. 72(b), or waive the opportunity to do so.

Sentencing is hereby scheduled for **Wednesday December 15, 2010 at 2:30 p.m.**, before Charles R. Simpson III, Judge United States District Court.

The defendant shall **remain** on his present bond.

Date: September 22, 2010

cc: United States Attorney
 United States Probation
 United States Marshal
 Counsel for the Defendant

0|30