UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**            **PLAINTIFF**

**V.**            **CRIMINAL ACTION NUMBER : 3:10CR-103-S**

**LAPAZE BROWN**            **DEFENDANT**

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the pleas of guilty by the Defendant as to Count 1 and 2 of the Information is hereby accepted, and the Defendant is adjudged guilty of such offenses.

Sentencing is hereby scheduled for **Wednesday December 15, 2010 at 3:30 p.m.**, before Charles R. Simpson III, Judge United States District Court.

Copies to: U.S. Attorney
           U.S. Marshal
           U.S. Probation
           Counsel of Record